# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| L-3 Communications Integrated Systems, L.P. | ) ASBCA Nos. 60407, 60408 |
| | ) |
| Under Contract No. 000000-00-0-0000 | ) |

APPEARANCE FOR THE APPELLANT:    Karen L. Manos, Esq.
    Gibson, Dunn & Crutcher LLP
    Washington, DC

APPEARANCES FOR THE GOVERNMENT:    E. Michael Chiaparas, Esq.
    DCMA Chief Trial Attorney
    Lawrence S. Rabyne, Esq.
    Trial Attorney
    Defense Contract Management Agency
    Arlington Heights, IL

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 22 April 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 60407, 60408, Appeals of L-3 Communications Integrated Systems, L.P., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals